James Lantos
408 Paris Hill Road
South Paris, ME 04281
Phone number: 781-296-3539
Email: jim@jimlantos.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES LANTOS,<br><br>PRO SE PLAINTIFF,<br>vs.<br><br>WAYFAIR INC.,<br><br>WAYFAIR L.L.C., AND<br><br>WAYFAIR STORES LIMITED, DOES 1 THROUGH X<br><br>DEFENDANT | Case No.: 1:24-cv-12260-DJC<br><br>**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Pro Se, James Lantos, respectfully moves this Honorable Court for an Order dismissing

Plaintiff's Complaint with prejudice pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

In support of this motion, Plaintiff states as follows:

1. **Introduction**

   Plaintiff, James Lantos, initiated this action against Defendant, Wayfair, Inc., et al, , on

   August 30, 2024, asserting Claims for Injunctive Relief, Breach of Contract and Relief

   Under Massachusetts Consumer Protection Act, Chapter 93A.

2. **Resolution of Dispute**

PLAINTIFF'S COMPLAINT

Plaintiff has determined that there is no longer a basis to proceed with the claims as Plaintiff and Defendant have reached an amicable settlement of the issues. Therefore, Plaintiff seeks to dismiss this case with prejudice, meaning that it will not be refiled in the future.

3. **Dismissal with Prejudice is Appropriate**

Plaintiff understands that dismissing this case with prejudice means permanently closing the matter and preventing any future litigation on these claims. Plaintiff is making this request voluntarily, and it is in the interest of both parties to avoid further litigation and conserve judicial resources.

4. **Conclusion**

Based on the above, Plaintiff respectfully requests that this Court dismiss the action in its entirety, with prejudice, and provide any other relief the Court deems appropriate.

---

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1.   Dismiss this case with prejudice.

PLAINTIFF'S COMPLAINT

1

Respectfully submitted,

2

3      Dated: 20th September 2024

4

5

6

7                                                     --- /s/ James Lantos ---

8                                                     James Lantos
                                                      408 Paris Hill Road
9                                                     South Paris, ME 04281
                                                      Phone number: 781-296-3539
10                                                    Email: jim@jimlantos.com
                                                      Business Address:
11                                                    Snapshots of the Past, Inc.
                                                      299 Main Street, Unit 229
12                                                    Norway, ME 04268

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    PLAINTIFF'S COMPLAINT

1
2

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

3

4

JAMES LANTOS,

Case No.: 1:24-cv-12260-DJC

                PRO SE PLAINTIFF,

5

vs.

6

WAYFAIR INC., WAYFAIR L.L.C., AND
WAYFAIR STORES LIMITED, DOES 1
THROUGH X

**PLAINTIFF'S MOTION TO DISMISS
WITH PREJUDICE**

7

8

                DEFENDANT

9

10

11

12

13

### PROOF OF SERVICE

14

I hereby certify that on this Dated this 20th day of September, 2024, I filed the foregoing with

15

16

the Clerk of the Court for the District Court of Massachusetts.  When filed with the ECF system

17

by the clerk, all defendants registered with CM/EFC will be notified.

18

19

        Dated: 20th September 2024

20

21

                                --- /s/ James Lantos --
                                James Lantos
                                408 Paris Hill Road
                                South Paris, ME 04281
                                Phone number: 781-296-3539
                                Email: jim@jimlantos.com
                                Business Address:
                                Snapshots of the Past, Inc.
                                299 Main Street, Unit 229
                                Norway, ME 04268

22

23

24

25

26

27

28

                    PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S COMPLAINT